

YAAKOV SAKS▲•*
JUDAH STEIN▲^
ELIYAHU BABAD▲^
MARK ROZENBERG •
KENNETH WILLARD▲^

▲ NJBar Admissions
^ CT & NJ Bar Admissions
• NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

April 27, 2023

**Via CM/ECF**
The Honorable Katherine Polk Failla
United States District Court
Southern District of New York



Re:     **Zinnamon v. Arkansas Flag & Banner**
        **Case #: 1:23-cv-01506-KPF**

Dear Judge Polk Failla:

We represent the plaintiff in the above matter.  We write to respectfully request that the initial conference currently scheduled for May 5, 2023, be canceled or adjourned. The defendant is in default and has not made contact at all with Plaintiff.

The Plaintiff has obtained the Clerk's Certificate of Default and has mailed it to Defendant's business address.  We ask for additional time to establish contact with Defendant.

We thank Your Honor and the Court for its kind considerations and courtesies.

Respectfully submitted,

*s/ Mark Rozenberg*
Mark Rozenberg, Esq.

```
Application GRANTED.  The initial pretrial conference scheduled to take
place on May 5, 2023, is hereby ADJOURNED sine die.  If Defendant does
not appear or otherwise respond to the Complaint by May 19, 2023, the
Court expects that Plaintiff will file papers in support of a default
judgment.

The Clerk of Court is directed to terminate the pending motion at docket
entry 13.
```

```
                                        SO ORDERED.

Dated:    April 28, 2023
          New York, New York

                                        HON. KATHERINE POLK FAILLA
                                        UNITED STATES DISTRICT JUDGE
```